UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALAN LEE PRESSWOOD, individually and on behalf of all others similarly-situated,<br><br>                              Plaintiff,<br>        v.<br><br>PERNIX THERAPEUTICS HOLDINGS, INC., SOMAXON PHARMACEUTICALS, INC. and JOHN DOES 1-10,<br>                 Defendants/<br>             Third-Party Plaintiffs<br>and<br><br>THE SCIENOMICS GROUP, LLC and PFN COMMUNICATIONS, INC.<br><br>            Third-Party Defendants. | Civil Action No. 4:18-cv-00605-HEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE SCIENOMICS GROUP, LLC<br><br>           Cross Claimant,<br><br>      v.<br><br>PFN COMMUNICATIONS, INC.<br><br>           Cross Defendant. | |

      **COMES NOW THE PARTIES,** to the above-captioned action and pursuant to Rule 41 (a) (1) (A) (ii), through their undersigned counsel of record, each party hereby dismisses with prejudice all claims, counterclaims, third-party claims and cross-claims asserted therein and all claims that that could have been asserted therein.  Each party shall bear its own costs and attorneys' fees.

Dated:  May 18, 2020

**SO ORDERED:**

_____        _____
Judge Henry Edward Autrey                         DATE

/S/ MAX G. MARGULIS

Max G. Margulis
MARGULIS LAW GROUP
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P: 636-536-7022 - Residential
MaxMargulis@MargulisLaw.com

*Attorneys for Alan Lee Presswood*

/S/ CRAIG D. MILLS

Craig D. Mills
BUCHANAN INGERSOLL, P.C.
50 S. 16th St., Suite 3200
Philadelphia, PA 19102
Craig.mills@bipc.com

*Attorneys for Pernix Therapeutics Holdings, Inc. and Somaxon Pharmaceuticals Inc.*

/S/ WILLIAMS EVANS WELLS, JR.

Williams Evans Wells, Jr.
KING AND KITRICK, LLC
2329 Hwy. 34 South, Suite 104
Manasquan, NJ 08736
wwells@kkjmlawfirm.com
*Attorneys for PFN Communications, Inc.*

/S/ DANIEL N. BROGAN

Daniel N. Brogan,
BAYARD, P.A
600 N. King Street, Suite 400
Wilmington, DE  19801
P: 302-429-4266
DBROGAN@BAYARDLAW.COM
*Attorneys for Trustee in Bankruptcy of Pernix Therapeutics Holdings, Inc. and Somaxon Pharmaceuticals Inc.*

/S/ GUY R. COHEN

Guy R. Cohen
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
(212) 468-4853
gcohen@dglaw.com
*Attorneys for The Scienomics Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2020, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendants.  A courtesy copy was also served by email on all attorneys.

/s/ Max G. Margulis

2